IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER SCOTT**  PLAINTIFF

v.  Case No. 4:21-cv-00661-KGB

**BRENT HOUSTON,** *et al*.  DEFENDANTS

## ORDER

Plaintiff Christopher Scott, an inmate at the Saline County Detention Center, filed a *pro se* complaint on July 22, 2021 (Dkt. No. 1). On October 8, 2021, the Court denied as incomplete Mr. Scott's application to proceed *in forma pauperis* (Dkt. No. 4). The Court directed Mr. Scott either to: (1) pay the $402.00 filing fee in full; or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or by Monday, November 8, 2021 (*Id.*). Mr. Scott was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5.(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). A copy of the Court's October 8, 2021 Order was mailed to Mr. Scott at his address of record.

As of the date of this Order, Mr. Scott has not complied with the Court's Order of October 8, 2021, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 17th of January, 2023.

_____
Kristine G. Baker
United States District Judge